UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

v.

George Paul Janssen Jr.

      Defendant.

Case No. 25-mj-30088

Judge Thomas L. Ludington
Magistrate Judge Patricia T. Morris

# MOTION AND ORDER
## TO UNSEAL COMPLAINT AND ARREST WARRANT

The United States of America respectfully requests that the Complaint and Arrest Warrant in the above-entitled case be unsealed for the reason that it is no longer necessary in the interest of justice for the documents to be sealed.

Respectfully submitted,

JULIE A. BECK
Acting United States Attorney

Dated: February 26, 2025

s/Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI  48708
Roy.Kranz@usdoj.gov
(989) 895-5712
P56903

IT IS SO ORDERED.

s/ Patricia T. Morris
PATRICIA T. MORRIS
United States Magistrate Judge

Entered: February 26, 2025